Cleveland Hurt, Lillie Mae Hurt, Linnette Hurt, a Minor, by Lillie Mae Hurt, Her Mother and Next Friend, and Dwight Hurt, a Minor, by Lillie Mae Hurt, His Mother and Next Friend, Appellants, v. Solamon Spratt and Morris Korzen, Appellees.

Gen. No. 47,611.

First District, First Division.

June 15, 1959.

Released for publication July 23, 1959.

David Alswang,
William Sher (David Alswang, of counsel) for appellants; Heineke,
Conklin & Schrader, for appellee. Opinion by JUSTICE DEMP-
SEY. Not to be published in full.